UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| PAMELA K. HAMBRICK, | ) |
| --- | --- |
| *Plaintiff,* | ) |
| | ) Case No. 4:10-cv-54 |
| v. | ) |
| | ) Judge Mattice |
| MICHAEL J. ASTRUE, *Commissioner of Social Security*, | ) |
| *Defendant.* | ) |

## ORDER

On May 21, 2012, United States Magistrate Judge William Carter filed his Report and Recommendation (Doc. 17) pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Neither party filed objections within the given fourteen days.

After reviewing the record, the Court agrees with Magistrate Judge Carter's Report and Recommendation. The Court thus **ACCEPTS** and **ADOPTS** Magistrate Judge Carter's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b).

Accordingly, Plaintiff's Motion for Judgment on the Administrative Record (Doc. 11) is hereby **DENIED**; Defendant's Motion for Summary Judgment (Doc. 13) is **GRANTED**; the Commissioner's decision denying benefits is **AFFIRMED;** and the instant action is **DISMISSED WITH PREJUDICE**.

A separate judgment will enter. The Clerk is **DIRECTED** to close the file in the case.

**SO ORDERED** this 20th day of August, 2012.

                            */s/Harry S. Mattice, Jr.*
                            HARRY S. MATTICE, JR.
                            UNITED STATES DISTRICT JUDGE